UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HARRISON (CDCR # K-64184),<br><br>   Plaintiff,<br><br>   v.<br><br>KAMALA HARRIS; et al.,<br><br>   Defendants.<br>_____/ | No. C 14-687 SI (pr)<br><br>**JUDGMENT** |

This action is dismissed because plaintiff failed to pay the filing fee and may not proceed *in forma pauperis*.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 2, 2014

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge